AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Northern District of Ohio

**FILED**

3:24 pm Jan 11 2021
**Clerk U.S. District Court**
**Northern District of Ohio**
**Youngstown**

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No.  4:21 MJ 6019 |
| | ) | |
| | ) | |
| Oliver Smith | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____October 5, 2020_____ in the county of _____Mahoning_____ in the _____Northern_____ District of _____Ohio_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. § 842(i)(1) | Felon in Possession of Explosive Materials |
| Title 18 U.S.C. § 922(g)(1) | Felon in Possession of a Firearm |
| Title 26 U.S.C. § 5861(d) and (i) | Possession of an Unregistered Silencer |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gary J. Sukowatey II, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  __January 11, 2021__

_____
*Judge's signature*

City and state:  _____Cleveland, Ohio_____

Carmen E. Henderson, U.S. Magistrate Judge
*Printed name and title*