IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 4:21 MJ 6019 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MAGISTRATE JUDGE |
| v. | ) | CARMEN E. HENDERSON |
| | ) | |
| OLIVER SMITH, | ) | **ORDER OF DETENTION PENDING** |
| | ) | **HEARING** |
| Defendant. | ) | |
| | ) | |

Upon motion for a continuance pursuant to Title 18, United States Code, Section 3142(f), made by counsel for defendant and/or the government, it is hereby ordered that a preliminary and detention hearing is set for Tuesday, January 26, 2021 at 2:00 PM before Magistrate Judge Carmen E. Henderson at 337 U.S. Courthouse, 125 Market St., Youngstown, OH 44503 via Video Conference.

It is further ordered pending this hearing the Defendant shall be held in custody by the United States Marshal and shall be produced for the detention hearing.

**IT IS SO ORDERED.**

Dated: January 21, 2021

*CarmenHenderson*
Carmen E. Henderson
United States Magistrate Judge